AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____ DISTRICT OF __NEVADA__

STEVE COLEMAN,

      Petitioner,

V.

JACK PALMER, et al.,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:06-cv-0388-KJD-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that grounds four, five, and six are DISMISSED. The Court finds these grounds were procedurally defaulted in the state court. IT IS FURTHER ORDERED that the #5 petition for writ of habeas corpus is DENIED. IT IS FURTHER ORDERED that petitioner is DENIED A CERTIFICATE OF APPEALABILITY.

   April 30, 2009                                           **LANCE S. WILSON**
                                                                          Clerk

                                                                      /s/ Kalani Lizares
                                                                       Deputy Clerk